**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RENE RUIZ-MAYO,               :   No. 95 MAL 2020

         Petitioner          :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

      v.                     :

                                :

MARK GARMAN,            :

         Respondent       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.